# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | |
| VINCENT THAKUR SINGH, dba PERFECT FINANCIAL GROUP, INC., dba AAMCO STOCKTON, INC., dba AAMCO ORANGEVALE, INC., fdba ACCEPTANCE CAPITAL, fdba PERFECT MORTGAGE and MALANIE GAY SINGH | Case No.: 2:13-CV-02303-JAM |
| | Bankruptcy Case No.: 10-42050-D-7 |
| Debtors. | |
| | Adv. Pro. No.: 12-2471 |
| MICHAEL F. BURKART, CHAPTER 7 TRUSTEE | |
| Plaintiff | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | |
| JAGDISH CHAND | |
| Defendant | |

**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $16,700.00.**

**Marianne Matherly**
Clerk of Court

DATED: April 23, 2014

by: /s/ J. Donati
_____
J. Donati, Deputy Clerk

- 1